# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 00-1433

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the Eastern |
| v. | * | District of Missouri. |
| | * | |
| Michael Graham, also known as | * | [UNPUBLISHED] |
| Michael Gatewood, | * | |
| | * | |
| Appellant. | * | |

_____

Submitted: July 7, 2000

Filed: July 21, 2000

_____

Before LOKEN, FAGG, and HANSEN, Circuit Judges.

_____

PER CURIAM.

Michael Graham appeals the district court's imposition of a third term of supervised release following revocation of a second term of supervised release. For reversal, Graham argues his revocation sentence violates ex post facto and due process principles because 18 U.S.C. § 3583(h) was applied to him even though it was enacted after he committed the underlying offense of conviction. We rejected this argument in United States of St. John, 92 F.3d 761 (8th Cir. 1996), and reject it again today.

Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

A true copy.

     Attest:

               CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.